**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:10cv029**

| | | |
|---|---|---|
| **KAREN B. COOK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER**</u> |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

_____

**THIS MATTER** is before the Court *sua sponte* upon the Court's being

informed of the death of the counsel for Plaintiff, Mr. George L. Fitzgerald.

The Court has been informed that Mr. Fitzgerald's last illness began

April 25, 2011 and resulted in his death on May 7, 2011. Mr. Fitzgerald

was a solo practitioner. Actions have been undertaken with the North

Carolina State Bar regarding the dissolution of Mr. Fitzgerald's practice and

the transfer of representation of his clients.

In order to allow for such orderly transition and to facilitate the

administration of justice, it is therefore **ORDERED**:

That this matter is **STAYED** *nunc pro tunc* to April 25, 2011, up to and including July 25, 2011 or further order of this Court, whichever may occur first.

**IT IS SO ORDERED.**

Signed: May 10, 2011

Martin Reidinger
United States District Judge